In re Daniel S. POPLAWSKI and James W. McGinley (Assigned to Stratos Lightwave, Inc.),

No. 01–1598.

United States Court of Appeals, Federal Circuit.

May 14, 2002.

Rehearing Denied June 6, 2002.

Before NEWMAN, GAJARSA, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36